UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ARARAT YESAYAN,
  aka "Michael Bennet,"
  aka "Michael Bennett,"
  aka "David Malek,"
  aka "Tony Markov,"
  aka "Mike Tores,"
VAROOJ ARAKELIAN,
  aka "Farhad Bakhshi,"
  aka "Robert Barash,"
  aka "Michael Cedar,"
  aka "Alex Efron,"
  aka "George Hayman,"
  aka "Andre Pakravan,"
  aka "Arutyun Mkrtchyan,"
  aka "Gabai Raad,"
  aka "Farshad Saei,"
  aka "Ben Salar,"
  aka "Hadaf Tehrani,"
ARTIN SARKISSIANS,

        Defendants.

CR No. 19- 19 CR00070 -DMG

I N D I C T M E N T

[18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 2(a): Aiding and Abetting]

The Grand Jury charges:

//

//

COUNT ONE

[18 U.S.C. § 1349]

A.   INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

Defendants and Co-Conspirators

1.   Defendant ARARAT YESAYAN, also known as ("aka") "Michael Bennet," aka "Michael Bennett," aka "David Malek," aka "Tony Markov," aka "Mike Tores" ("YESAYAN") was a resident of Glendale, California.

2.   Defendant VAROOJ ARAKELIAN, aka "Farhad Bakhshi," aka "Robert Barash," aka "Michael Cedar," aka "Alex Efron," aka "George Hayman," aka "Andre Pakravan," aka "Arutyun Mkrtchyan," aka "Gabai Raad," aka "Farshad Saei," aka "Ben Salar," aka "Hadaf Tehrani" ("ARAKELIAN") was a resident of Glendale, California.

3.   Defendant ARTIN SARKISSIANS ("SARKISSIANS") was a resident of Glendale, California.

Financial Institutions

4.   GE Capital Retail Finance Bank ("GECRFB"), known as GE Money Bank until October 2011, was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC") that offered the program CareCredit, which was created in - 1987 by a dental-implant maker who wanted to enable more people to benefit from the technology.  CareCredit is a healthcare financing program which allows professionals such as doctors and dentists to apply for a line of credit and offer a payment alternative to patients for services performed.  The medical professionals would bill CareCredit on the patients' behalf for services rendered, and

the patients would be responsible for making interest-free payments for those services in an allotted time.

     5.    Citibank was a financial institution whose deposits were insured by the FDIC that participated in a program similar to CareCredit called the Citi Health Card Program for dental financing.

B.   OBJECT OF THE CONSPIRACY

     6.    Beginning on a date unknown to the Grand Jury but no later than in or before October 2010, and continuing through at least April 17, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants YESAYAN, ARAKELIAN, and SARKISSIANS, and others known and unknown to the Grand Jury, combined, conspired, and agreed to commit bank fraud, in violation of Title 18, United States Code, Section 1344(2).

C.   MANNER AND MEANS OF THE CONSPIRACY

     7.    The object of the conspiracy was carried out, and was to be carried out, in substance, as follows:

     a.    Defendant SARKISSIANS fashioned the scheme whereby he and defendants YESAYAN and ARAKELIAN would defraud banks such as GECRFB and Citibank by applying for the CareCredit or Citi Health Card programs and opening up lines of credit in dentists' names and submitting fraudulent claims.

     b.    Defendant Sarkissians would purchase the personal identifying information ("PII") of licensed dentists in California -- including the dentists with the initials A.L., S.Z., S.A., J.B. ("J.Bl."), M.Y., D.S. ("D.Sh."), T.S., D.S. ("D.So."), F.S., J.B. ("J.Bo."), and V.B. -- and other individuals, and would provide that information to defendants YESAYAN and ARAKELIAN.

c.    Defendants YESAYAN and ARAKELIAN would open bank accounts with FDIC-insured institutions including J.P. Morgan Chase & Co. ("Chase"), Wells Fargo, and Bank of America, that they controlled.

d.    Defendants YESAYAN and ARAKELIAN would acquire commercial office space to open purportedly real dental offices in the names of the dentists whose identities defendant SARKISSIANS stole for their scheme.

e.    Defendants YESAYAN and ARAKELIAN would impersonate dentists and submit change of address application requests to the Dental Board of California (the "Dental Board"), the licensing body for dentists in California, with the addresses of the sham dental offices so that the impersonated dentists' mail would be sent to addresses controlled by defendants YESAYAN and ARAKELIAN.

f.    Defendants YESAYAN and ARAKELIAN would apply for a line of credit in the name of the impersonated dentists with Citibank and/or GECRFB and, upon approval, submit numerous fraudulent dental claims in the names of fake patients for procedures purportedly performed by the impersonated dentists.

g.    Once the fraudulent patient claims were approved, funds were wired to bank accounts that defendants YESAYAN and ARAKELIAN controlled, causing over $2.1 million in loss to GECRFB and Citibank.

D.    OVERT ACTS

8.    On or about the following dates, in furtherance of the conspiracy, and to accomplish its object, defendants YESAYAN, ARAKELIAN, and SARKISSIANS, and others known and unknown to the Grand Jury, committed and willfully caused others to commit the following

4

overt acts, among others, in the Central District of California, and elsewhere:

Overt Act No. 1:    On or about October 27, 2010, defendant ARAKELIAN, using a California driver's license ("CDL") with his picture on it in the name of "Gabai Raad," leased office space on Oxnard Boulevard in Oxnard, California (the "Oxnard Address"), where he, defendant YESAYAN, and SARIKISSIANS established a dental office in the name of "[A.L.'s Last Name] Dental Clinic, Inc."

Overt Act No. 2:    On or about October 28, 2010, defendant ARAKELIAN registered the domain "[A.L.'s Last Name]dentalclinic.com" with GoDaddy.com using the alias "Hadaf Tehrani" and the company "Temple Dental Group" at an address on Las Tunas Drive in Temple City, California (the "Temple City Address").

Overt Act No. 3:    In or about November 2010, business bank accounts were opened at Wells Fargo, Bank of America, and Chase in the name of A.L., A.L. with the last name misspelled by one letter, and "[A.L.'s Last Name] Dental Clinic, Inc." with the Oxnard Address.

Overt Act No. 4:    On or about November 17, 2010, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, called the Dental Board, impersonated A.L., and requested that A.L.'s dental office address be changed to the Oxnard Address.

Overt Act No. 5:    On or about December 1, 2010, Wells Fargo bank account ending in 8734 was opened in the name of A.L. with the Oxnard Address.

Overt Act No. 6:    On or about October 25, 2011, defendant ARAKELIAN, using the name "Arutyun Mkrtchyan," rented mailbox 142 from the commercial mail receiving agency ("CMRA") located at Stearns

Street in Simi Valley, California (the "Simi Valley CMRA") in the name of "MKRTCHYAN DENTAL CTR INC."

Overt Act No. 7:   On or about November 2, 2011, defendant ARAKELIAN registered the domain "templedentalgroup.com" with GoDaddy.com.

Overt Act No. 8:   On or about January 15, 2012, defendant YESAYAN, using the name "Michael Bennett," rented mailbox 131 from the Simi Valley CMRA, which thereafter defendant ARAKELIAN would check for mail.

Overt Act No. 9:   On or about February 4, 2012, defendant YESAYAN, using the name "Mike Tores," and defendant ARAKELIAN, using the name "Farhad Bakhshi," leased office space on Arrowhead Avenue in San Bernardino, California (the "San Bernardino Address").

Overt Act No. 10:   On or about February 21, 2012, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, requested that the Dental Board change J.Bl.'s dental office address to the San Bernardino Address.

Overt Act No. 11:   On or about February 21, 2012, defendant ARAKELIAN leased office space on Constitution Avenue in Camarillo, California (the "Camarillo Address"), where he and defendants YESAYAN and SARKISSIANS established a dental office in the name of S.A.

Overt Act No. 12:   On or about February 23, 2012, defendant ARAKELIAN paid the property owner for the Camarillo Address approximately $1,200 in cash for the first and last months' rent.

Overt Act No. 13:   On or about March 20, 2012, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, requested that the Dental Board change S.A.'s dental office address to the Camarillo Address.

<u>Overt Act No. 14:</u>   On or about April 5, 2012, defendant YESAYAN, using the name "Michael Bennett," signed a lease agreement for the commercial space on Florence Avenue in Downey, California, where defendants YESAYAN, ARAKELIAN, and SARKISSIANS established a dental office in the name of "Bright Smiles Dental Group."

<u>Overt Act No. 15:</u>   On or about May 8, 2012, defendant YESAYAN, using the name "David Malek," registered the domain "brightsmilesdentalgroup.com" with GoDaddy.com.

<u>Overt Act No. 16:</u>   On or about May 15, 2012, defendant ARAKELIAN, using the name "Andre Pakravan," opened the Bank of America bank account ending in 2199 in the name of "Simple Dentistry Practice of [D.So.'s Last Name] Dental, Inc."

<u>Overt Act No. 17:</u>   On or about May 14, 2012, defendant ARAKELIAN opened the Bank of America bank account ending in 6191 in the name "Bright Smiles Dental Group [M.Y.] DDS, Inc."

<u>Overt Act No. 18:</u>   On or about May 24, 2012, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, requested that the Dental Board change D.So.'s dental office address to an address on Pacific Coast Highway in Redondo Beach, California (the "Redondo Beach Address").

<u>Overt Act No. 19:</u>   In or about September 2012, defendant YESAYAN, using the name "Michael Bennet" and purporting to be an employee of D.Sh.'s dental practice, arranged to lease the office space at the address on Foothill Boulevard in Rialto, California (the "Rialto Address"); and defendant ARAKELIAN, using a CDL with his picture on it in the name of "Ben Salar" and purporting to be the secretary for D.Sh.'s dental practice, signed the lease agreement for the Rialto Address.

Overt Act No. 20:   On or about October 16, 2012, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, requested that the Dental Board change both D.Sh.'s and T.S.'s dental office addresses to the Rialto Address.

Overt Act No. 21:   On or about November 16, 2012, defendant ARAKELIAN, using the name "Andre Pakravan," registered the domain "rialtodentalcenter.com" with GoDaddy.com.

Overt Act No. 22:   On or about November 17, 2012, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, enrolled D.Sh. in GECRFB's CareCredit program with the Rialto Address.

Overt Act No. 23:   On or about November 26, 2012, defendant ARAKELIAN, using the name "Ben Salar" and purporting to be the secretary for D.Sh.'s dental practice, met with the GECRFB site inspector at the Rialto Address to confirm there was a dental office at the Rialto Address so that D.Sh.'s CareCredit application would be approved.

Overt Act No. 24:   On or about December 4, 2012, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, enrolled T.S. in GECRFB's CareCredit program with the Rialto Address.

Overt Act No. 25:   On or about December 14, 2012, defendant YESAYAN, using the name "Michael Bennett," met with the GECRFB site inspector at the Rialto Address to confirm there was a dental office at the Rialto Address so that T.S.'s CareCredit application would be approved.

Overt Act No. 26:   In or about January 2013, defendant ARAKELIAN leased the office space on Seventh Street in Victorville, California (the "Victorville Address") in the name of "Simple Dentistry of [D.So.'s Last Name] Dental, Inc." at the Redondo Beach

8

1  Address, and paid the rent using a check from the "Simple Dentistry
2  of [D.So.'s Last Name] Dental, Inc." Bank of America account ending
3  in 2199.

4        Overt Act No. 27:   In or about January 2013, defendant YESAYAN,
5  purporting to be an employee of D.So.'s dental practice, met with the
6  property manager for the Victorville Address to conduct a property
7  walk-through.

8        Overt Act No. 28:   On or about February 21, 2013, defendant
9  SARKISSIANS conducted a site check of the fraudulent dental office at
10 the Rialto Address.

11       Overt Act No. 29:   On or about April 4, 2013, Bank of America
12 bank account ending in 0704 was opened under the name "Robert
13 Barash," which defendant ARAKELIAN used to cash checks from Wells
14 Fargo bank account ending in 9682 under the name "Simple Dentistry
15 Practice of Dr. [J.Bo.'s Last Name]."

16       Overt Act No. 30:   On or about May 1, 2013, Bank of America
17 bank account ending in 3143 was opened under the name "Michael
18 Cedar," which defendant ARAKELIAN used to cash checks from Wells
19 Fargo bank account ending in 9682 under the name "Simple Dentistry
20 Practice of Dr. [J.Bo.'s Last Name]."

21       Overt Act No. 31:   On or about May 2, 2013, Bank of America
22 bank account ending in 3717 was opened under the name "Alex Efron,"
23 which defendant ARAKELIAN used to cash checks from Wells Fargo bank
24 account ending in 9682 under the name "Simple Dentistry Practice of
25 Dr. [J.Bo.'s Last Name]."

26       Overt Act No. 32:   On or about May 10, 2013, defendants YESAYAN
27 and ARAKELIAN, each aiding and abetting the other, submitted a
28 CareCredit application to GECRFB in the name of F.S.

Overt Act No. 33:   Between on or about June 6, 2013, and on or about July 21, 2013, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, created approximately 41 individual fraudulent patient accounts associated with the "Simple Dentistry Practice of Dr. [J.Bo.'s Last Name]" CareCredit account with Wells Fargo bank account ending in 9682.

Overt Act No. 34:   On or about June 17, 2013, defendant ARAKELIAN submitted a "Request for Duplicate/Replacement License" form to the Dental Board requesting that F.S.'s dental practice address be changed to the Victorville Address.

Overt Act No. 35:   On or about July 3, 2013, defendant ARAKELIAN used Wells Fargo bank account ending in 9682 in the name "Simple Dentistry Practice of Dr. [J.Bo.'s Last Name]" to write dozens of checks to the following individuals: Michael Cedar, Robert Barash, Alex Efron, "Farshad Saei, and George Hayman (collectively, the "Individual Fraud Accounts"), which were cashed at various Bank of America branches in Southern California.

Overt Act No. 36:   Between on or about July 11, 2013, and on or about July 26, 2013, defendant ARAKELIAN deposited the checks to and/or withdrew money from the Individual Fraud Accounts.

Overt Act No. 37:   On or about August 19, 2013, defendant ARAKELIAN, using the name "Andre Pakravan," signed a lease agreement for the commercial space on La Palma Avenue in La Palma, California (the "La Palma Address"), the rent for which he paid through March 2014 and at which defendants YESAYAN and ARAKELIAN opened the dental office in the name of "Practice of Dr. [V.B.'s Last Name]."

Overt Act No. 38:   On or about September 9, 2013, defendant ARAKELIAN completed and submitted a change of address form to the

Dental Board in the name of V.B. requesting that V.B.'s dental office address be changed to the La Palma Address.

Overt Act No. 39:   On or about December 11, 2013, defendant YESAYAN, using the name "Tony Markov," opened the Chase account ending in 2018 in the name of "Practice of Dr. [V.B.'s Last Name], Inc." with the La Palma Address.

Overt Act No. 40:   On or about December 30, 2013, defendant YESAYAN deposited funds into the Chase account ending in 2018.

Overt Act No. 41:   In or about February 2014, defendant YESAYAN hired Dezray Zepeda ("Zepeda") to be the office assistant for the "Practice of Dr. [V.B.'s Last Name]" at the La Palma Address, and paid her to answer the telephone, check the mail, and handle correspondence about CareCredit, among other duties.

Overt Act No. 42:   On or about February 4, 2014, defendant YESAYAN deposited funds into the Chase account ending in 2018.

Overt Act No. 43:   On or about February 20, 2014, defendant YESAYAN deposited funds into the Chase account ending in 2018.

Overt Act No. 44:   On or about February 26, 2014, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, submitted to GECRFB a CareCredit application in the name "Practice of [V.B.'s Last Name], Inc." with the La Palma Address.

Overt Act No. 45:   On or about March 11, 2014, defendant YESAYAN asked Zepeda to meet with the GECRFB site inspector at the La Palma Address to confirm there was a dental office at the La Palma Address so that V.B.'s CareCredit application would be approved.

Overt Act No. 46:   On or about April 17, 2014, defendants YESAYAN and ARAKELIAN, each aiding and abetting the other, submitted

11

to Citibank a credit application under the name "Practice of [V.B's Last Name], Inc." with the La Palma Address.

COUNT TWO

[18 U.S.C. §§ 1028A(a)(1); 2(a)]

From on or about February 26, 2014 to at least April 17, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants ARARAT YESAYAN, also known as ("aka") "Michael Bennet," aka "Michael Bennett," aka "David Malek," aka "Tony Markov," aka "Mike Tores" ("YESAYAN"), and VAROOJ ARAKELIAN, aka "Farhad Bakhshi," aka "Robert Barash," aka "Michael Cedar," aka "Alex Efron," aka "George Hayman," aka "Andre Pakravan," aka "Arutyun Mkrtchyan," aka "Gabai Raad," aka "Farshad Saei," aka "Ben Salar," aka "Hadaf Tehrani" ("ARAKELIAN"), each aiding and abetting the other, knowingly transferred, possessed, and used, without lawful authority, means of identification that defendants YESAYAN and ARAKELIAN knew belonged to another person, during and in relation to the offense of Conspiracy

//
//
//
//
//
//
//
//
//
//
//
//
//
//

1   to Commit Bank Fraud, a felony violation of Title 18, United States

2   United States Code, Section 1349, as charged in Count One of this

3   Indictment.

4                                          A TRUE BILL

5

6                                          /s/
                                           _____
7                                          Foreperson

8   NICOLA T. HANNA
    United States Attorney
9

10  Ptn 12

11  PATRICK R. FITZGERALD
    Assistant United States Attorney
12  Chief, National Security Division

13  RYAN WHITE
    Assistant United States Attorney
14  Chief, Cyber & Intellectual
       Property Crimes Section
15
    JENNIE L. WANG
16  Assistant United States Attorney
    Deputy Chief, Cyber &
17     Intellectual Property Crimes
       Section
18

19

20

21

22

23

24

25

26

27

28